# [IN THE
# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

RYAN SPRINGS,
    Plaintiff,

v.

MINDI NURSE, *et al.*,
    Defendants.

Case No. 1:24-cv-01440-JEH

### Order

    Plaintiff Ryan Springs, proceeding *pro se*, has filed a Motion for Injunction and Immediate Transfer from Lawrence C.C. (Doc. 51) in this Court.

    Plaintiff alleges guards at Lawrence assaulted him while handcuffed and threatened to beat, torment, and kill him. Plaintiff also alleges destruction of legal papers, interference with legal mail, lack of mental health care, lack of hygiene supplies, destruction of grievances and request slips to IA, and other issues.

    The Court is concerned by Plaintiff's allegations and directs that this Order be sent directly to the Warden at Lawrence Correctional Center so that person is made aware of Plaintiff's allegations and can take appropriate actions.

*It is so ordered.*

Entered: August 25, 2025

    s/Jonathan E. Hawley
    U.S. District Judge